

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-31-2007

# Rahman v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-3487

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Rahman v. Atty Gen USA" (2007). *2007 Decisions.* Paper 678.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/678

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-3487

AZAM RAHMAN,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent

On Petition for Review of an Order of
The Board of Immigration Appeals
Immigration Judge: Honorable Annie S. Garcy
(No. A70-651-119)

Submitted Under Third Circuit LAR 34.1(a)
July 10, 2007

Before: RENDELL and AMBRO, Circuit Judges,
SHAPIRO,* District Judge

(Opinion filed July 16, 2007 )

_____

*Honorable Norma L. Shapiro, Senior District Judge for the Eastern District of
Pennsylvania, sitting by designation.

## ORDER  AMENDING  OPINION

AMBRO, *Circuit Judge*

It is now ordered that the not precedential Opinion in the above case filed July 16, 2007, be amended as follows:

On page 5 of the opinion, delete footnote 3 in its entirety.


By the Court,


/s/ Thomas L. Ambro, Circuit Judge


Dated:  July 31, 2007
CMH/cc: JDJG, AEB, WCP